UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GATICA, | ) | Case No. EDCV 07-406 SVW(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JIM TILTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to this Court's Order (1) Adopting Report and Recommendation in Part; and (2) Dismissing Petition for Writ of Habeas Corpus Without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: August 25, 2011

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE